JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, V. LEWIS JACKSON and DANIEL SHAW and Others, Impleaded.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See sub nom.

*Ayew* v. *Willard Hawes & Co., Inc.*, 256 App. Div. 1070.] Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.